**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.: 2:24-mj-00399-KFW |
| DUSTIN FONTAINE | |

**UNOPPOSED MOTION TO EXTEND TIME TO INDICT**

The United States of America hereby moves that the court enter an order under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), excluding the time that elapses between August 21, 2025. And September 18, 2025. In support of this motion, the government states the following:

The defendant made his initial appearance on a criminal complaint on January 3, 2025. The defendant was released on bond with conditions after a hearing on January 8, 2025. The court has previously entered six speedy indictment orders. Given the grand jury's schedule, in the absence of a Speedy Trial exclusion, the United States would present this matter to the grand jury for an indictment on August 20, 2025. The parties wish to have an additional period of time in which to discuss the potential for an alternate resolution to this case.

The interest of justice to be served by the requested exclusion of time outweighs the interest of the defendant and the public in a speedy trial because the parties are initiating discussions aimed at a resolution to this case that would negate the need for an indictment and a subsequent trial. Counsel for the defendant advised that the defendant has no objection to this motion and that the defendant waives his rights under the Speedy Trial Act for the period of the requested exclusion.

1

WHEREFORE, the United States respectfully request that the court enter an order excluding the period of time between August 21, 2025, and September 18, 2025, from calculation under the provisions of the Speedy Trial Act.

Dated: August 20, 2025                    Respectfully Submitted,

                                          CRAIG M. WOLFF
                                          Acting United States Attorney


                                          /s/Johnathan G. Nathans
                                          Assistant United States Attorney
                                          100 Middle Street
                                          Portland, ME 04101
                                          207-780-3257
                                          Johnathan.Nathans@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on August 20, 2025, I filed the foregoing Unopposed Motion to Extend Time to Indict using the Court's CM/ECF system, which will cause a copy of the motion to be sent to all counsel of record.

By:    <u>/s/Kate Whalen</u>
          Kate Whalen
          Paralegal Specialist

On Behalf Of:    Johnathan G. Nathans
                   Assistant United States Attorney